# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2012

145280

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EDWARD McFERRIN, JR.,
      Defendant-Appellant.

SC: 145280
COA: 307170
St. Clair CC: 08-000805-FC

_____/

On order of the Court, the application for leave to appeal the May 21, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

_____
Clerk

h1113